**Order entered January 8, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-20-00817-CV

**GATEWAY DIAGNOSTIC IMAGING, LLC D/B/A GATEWAY DIAGNOSTIC IMAGING MID-CITIES., Appellant**

**V.**

**KRISHA VERNI RATNASABAPATHY, INDIVIDUALLY, AS NEXT FRIEND OF T.R., A MINOR, AND V.R. A MINOR AND AS INDEPENDENT ADMINISTRATOR OF THE ESTATE OF PRADEEPAN RATNASABAPATHY, Appellees**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-00614**

### ORDER

Before the Court is appellees' January 7, 2021 unopposed second motion for extension of time to file their brief. We **GRANT** the motion and **ORDER** the brief be filed no later than February 12, 2021. Because this is an accelerated appeal, we caution that further extension requests will be disfavored.

/s/    ERIN A. NOWELL
       JUSTICE